IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FERTILIZER INSTITUTE,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY and STEPHEN L.<br>JOHNSON, ADMINISTRATOR,<br><br>              Defendants. | Civil Action No. 1:05-406 (RJL)<br>Civil Action No. 1:04-02246 (RJL)<br>(consolidated) |

**MOTION TO DISMISS WITH LEAVE TO REFILE
AND MOTION TO VACATE STATUS CONFERENCE**

    1.    Plaintiff The Fertilizer Institute ("TFI") and Defendants United States Environmental Protection Agency ("EPA") and Stephen L. Johnson, EPA Administrator (collectively referred to as "EPA") entered into a Settlement Agreement effective March 22, 2007 in Civil Action No. 1:05-406 (RJL) and Civil Action No. 1:04-02246 (RJL), consolidated.

    2.    Pursuant to the terms of the Settlement Agreement:

        (a)    EPA agrees to take certain actions in response to TFI's submission of a petition (or petitions) pursuant to 40 C.F.R. § 710.46(b)(2)(iii);

        (b)    Plaintiff TFI agrees to dismiss its complaints in the above-captioned cases within 30 days of the effective date of the Agreement; and

(c) TFI may refile its complaint in either Civil Action No. 1:05-406 (RJL) or Civil Action No. 1:04-02246 (RJL), as applicable, should EPA fail to take certain actions specified in the Agreement.

3. Counsel for Defendants advises counsel for Plaintiff that Defendants will not oppose this motion.

4. The parties shall bear their own fees and costs.

5. WHEREFORE, TFI moves this Court to (a) dismiss its complaints in Civil Action No. 1:05-406 (RJL) and Civil Action No. 1:04-02246 (RJL) with leave to refile pursuant to the terms of the Settlement Agreement, and (b) vacate the status conference scheduled for March 30, 2007.

Respectfully submitted,

Dated:   March 23, 2007

_____/ss/_____
Chris S. Leason
DC Bar No. 443588
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ  85016
Telephone:   (602) 530-8059
Facsimile:   (602) 530-8500

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion to Dismiss with Leave to Refile and Motion to Vacate Status Conference were today served this 23rd day of March, 2007, via first class mail, on the following counsel of record:

Lois Godfrey Wye
United States Department of Justice
Environmental and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC  20026-3986

Gautam Srinivasan
Office of General Counsel
United States Environmental Protection Agency
1240 Pennsylvania Avenue, N.W.
Washington, DC  20460

```
                              _____/ss/_____
                              Chris S. Leason
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE FERTILIZER INSTITUTE,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY and STEPHEN L.<br>JOHNSON, ADMINISTRATOR,<br><br>      Defendants. | Civil Action No. 1:05-406 (RJL)<br>Civil Action No. 1:04-02246 (RJL)<br>(consolidated) |

## ORDER

This matter having come before the court on Plaintiff The Fertilizer Institute's motion to dismiss with leave to refile and motion to vacate status conference.

It is hereby ORDERED that the motions are Granted and that Civ. No. 1:05-406 (RJL) and Civil Action No. 1:04-02246 (RJL), consolidated, are dismissed with leave to refile, should EPA fail to take certain actions as specified in the settlement agreement between the parties, and the status conference scheduled for March 30, 2007 is vacated.

DONE THIS ___ DAY OF _____, 2007.

_____
Richard Lyon, U.S. District Judge